

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00499-CV

_____

JANE DOE, Appellant

V.

CITY OF FORT WORTH, Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-327439-21

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On December 16, 2022, we warned Appellant that we would dismiss her appeal unless she paid the filing fee within ten days. *See* Tex. R. App. P. 5, 12.1(b), 42.3(c), 44.3. Appellant failed to pay the fee within ten days, and on January 2, 2023, we warned her again and gave her another ten days. *See* Tex. R. App. P. 42.3(c), 44.3. That time has passed, but Appellant still has not paid the filing fee. *Cf.* Tex. R. App. P. 5, 12.1(b).

Because Appellant has not complied with a procedural requirement, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: January 26, 2023